```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $

                3:14-cv-01574, DE# 3
Return                                          ark
(Endorsement   Craig Cunningham
Restricted     5543 Edmondson Pike
(Endorsement   Suite 248
Total Po       Nashville, TN 37211

Sent To
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006        See Reverse for Instructions
```

7013 3020 0001 9634 4207