AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
2014 AUG 13 PM 2:47
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT
for the

Cunningham
_____
Plaintiff(s)

v.

Kondaur Capital et al
_____
Defendant(s)

Civil Action No. 3-14 1574

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kondaur Capital via Registered Agent
Corporation Service Company
2710 Gateway Oaks Dr. Ste 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham
5543 Edmondson Pike, Ste 248
Nashville, TN 37211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**
CLERK OF COURT

Date: AUG 0 1 2014

_____
Signature of Clerk or Deputy Clerk

Case 3:14-cv-01574   Document 7   Filed 08/13/14   Page 1 of 3 PageID #: 25

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Corporation Service Company** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Kondaur Capital**
on *(date)* **8/8/2014** ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Served via Certified Mail w/Return Reciept**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **8-13-14**

_____
Server's signature

**Maricel Forteza / Server**
Printed name and title

**5543 Edmondson Pike Ste 248**
Server's address
**Nashville TN 37211**

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Maricel Forteza
5543 Edmondson Pike
Ste 248
Nashville, TN 37211

FILED
2014 AUG 13 PM 2:48
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Trisha Ward  AUG 0 8 2014 |
| 1. Article Addressed to:<br>Corporation Service Company<br>2710 Gateway Oaks Dr.<br>Ste 150 N<br>Sacramento, CA 95833 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 0510 0000 7626 8544 |
| PS Form 3811, July 2013 | Domestic Return Receipt |