UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 3:14-cv-01574 |
| v. | ) |
| | ) |
| KONDAUR CAPITAL, | ) |
| 800 RESOURCES GROUP, | ) |
| PARK VIEW LAW, | ) |
| | ) |
| Defendants. | ) |

### Order

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that Defendant Kondaur Capital Corporation's Motion to Dismiss (Docket No. 12) be granted and Plaintiff Craig Cunningham's Motion to Amend Complaint (Docket No. 15) be denied. (Docket No. 18). Despite being advised that any objection needed to be filed within fourteen days, Plaintiff has filed none. Instead, Plaintiff filed a Notice of Voluntary Dismissal as to Defendant Kondaur Capital Corporation. (Docket No. 21).

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

1

1. The Report and Recommendation (Docket No. 21) is hereby ACCEPTED and APPROVED;

2. Plaintiff's Motion to Amend Complaint (Docket No. 15) is hereby DENIED;

3. Defendant's Motion to Dismiss (Docket No. 12) is hereby GRANTED; and

4. This case is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE