UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:14-cv-1574 |
| ) | Judge Sharp |
| KONDAUR CAPITAL, et al. ) | |
| Defendants. ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 26, 2015.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney